**United States District Court**
For the Northern District of California

1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   THOMAS SIMONETTI,

11            Plaintiff,                              No. C 10-05708 WHA

12        v.

13   NATIONAL UNION FIRE INSURANCE              **NOTICE TO CLERK TO CLOSE CASE**
     COMPANY OF PITTSBURGH, PA,
14   WELLS FARGO & COMPANY, and
     LOTSOLUTIONS, INC.,
15
             Defendants.
16   _____/

17
            The parties have filed a voluntary dismissal pursuant to FRCP 41(a)(1), for which no
18
     order of dismissal is needed.  The Clerk shall close the file.
19

20

21
     Dated:  August 17, 2011.
22                                               WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28